UNITED STATES DISTRICT COURT
DIST OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                                APRIL 17 , 2018

**JUDGE**:   WILLIAM H. WALLS
**COURT REPORTER:** Yvonne Davion
**COURTROOM DEPUTY**: Ellen Mc Murray

**TITLE OF CASE**:                                                       CR. # 17-221   (WHW)

UNITED STATES    V.   NIKOLAY KRECHET

**APPEARANCES:**

David W. Feder, AUSA                    Thomas Ambrosio, Esq for defendant
Joshua L. Haber, Ausa                   Lorraine Gauli-Rufo, Esq. for defendant


**NATURE OF PROCEEDINGS**:    JURY TRIAL

Case called at 11:00 am
Motions heard
Jury panel brought into courtroom
Instructions and case overview given to jurors
Voir dire begins
Continuation of jury selection to begin Wednesday, April 18th, 2018 at 9:30


                                                    Ellen Mc Murray
                                                    Court Room Deputy

Time commenced: 11:00 am
Time adjourned:    2:30 pm