UNITED STATES DISTRICT COURT
DIST OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                                          APRIL 18 , 2018

**JUDGE**:   WILLIAM H. WALLS
**COURT REPORTER:** Yvonne Davion
**COURTROOM DEPUTY**: Ellen Mc Murray

**TITLE OF CASE**:                                              CR. # 17-221   (WHW)

UNITED STATES    V.    NIKOLAY KRECHET

**APPEARANCES:**

David W. Feder, AUSA                    Thomas Ambrosio, Esq for defendant
Joshua L. Haber, Ausa                   Lorraine Gauli-Rufo, Esq. for defendant

**NATURE OF PROCEEDINGS**:    JURY TRIAL

Case called at 10:30 am
Jury panel brought back into courtroom
Jury selection continued
Jury selection adjourned for the day
Jurors Ordered to return on Thursday, April 19, 2018 to continue selection.

Ellen Mc Murray
Court Room Deputy

Time commenced: 10:30 am
Time adjourned:     3:00 pm