UNITED STATES DISTRICT COURT
DIST OF NEW JERSEY
MINUTES OF PROCEEDINGS

NEWARK                                          APRIL 19 , 2018

**JUDGE**:   WILLIAM H. WALLS
**COURT REPORTER:** Yvonne Davion
**COURTROOM DEPUTY**: Ellen Mc Murray

**TITLE OF CASE**:                              CR. # 17-221   (WHW)

UNITED STATES   V.   NIKOLAY KRECHET

**APPEARANCES:**

David W. Feder, AUSA                Thomas Ambrosio, Esq for defendant
Joshua L. Haber, Ausa                Lorraine Gauli-Rufo, Esq. for defendant


**NATURE OF PROCEEDINGS**:    JURY TRIAL

Case called at 10:30 am
Jury panel brought back into courtroom
Jury selection continued
**Ordered jury drawn**
Jurors sworn
Opening remarks for the Government by Joshua Haber
Opening remarks for the defendant by Thomas Ambrosio
Stipulations 1 through 4 read into the record
John Yerger sworn for the government
INTERPRETER: Valentina Bren-Buzil sworn
Nazar Mazurkevych sworn for the government.

Trial with Jury adjourned at 3:00 and will resume on Friday, April 20, 2018 at 9:30 am.


                                        Ellen Mc Murray
                                        Court Room Deputy

Time commenced: 10:30 am
Time adjourned:     3:00 pm

Case 1:17-cr-00221-RMB    Document 35    Filed 04/19/18    Page 2 of 2 PageID: 490