```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                            Date: 5/3/18

**JUDGE WILLIAM H. WALLS**

Deputy Clerk: Gail Hansen

Court Reporter: Yvonne Davion

Other:                                     2:17-cr-221-01

TITLE OF CASE:

United States
v. Nikolay Krechet


Appearances:

AUSA David W. Feder & Joshua L. Haber
Thomas Ambrosio & Lorraine Gauli-Rufo, Counsel for Defendant


NATURE OF PROCEEDINGS: JURY TRIAL

Jury trial continued at 10:00 a.m.
Jury present
Nikolay Krechet resumed for the defense
Deft rests. Both sides rest
Jury excused at 12:30 p.m.
Charge Conference on the record
Jury trial adjourned at 1:30 p.m. until Friday, May 4, 2018 at
9:30 a.m.

                                    Gail A. Hansen
                                    Deputy Clerk


Time Commenced: 10:00 a.m.
Time Concluded: 1:30 p.m.
Total Time: 3 hours 30 minutes