```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

Newark                                           Date: 5/4/18

**JUDGE WILLIAM H. WALLS**

Deputy Clerk: Gail Hansen

Court Reporter: Yvonne Davion

Other:                                    2:17-cr-221-01

TITLE OF CASE:

United States
v. Nikolay Krechet


Appearances:

AUSA David W. Feder & Joshua L. Haber
Thomas Ambrosio & Lorraine Gauli-Rufo, Counsel for Defendant


NATURE OF PROCEEDINGS: JURY TRIAL

Jury trial continued at 10:00 a.m.
Jury present
CHARGE TO THE JURY
Ordered lunch provided to 14 jurors at the gov'ts expense
(Queen Pizza & Deli)
(recess: 12:00 p.m. - 1:00 p.m.)
Jury present
AUSA David Feder - closing statement for the gov't
Thomas Ambrosio, Esq. - closing statement for the defendant
AUSA Joshua Haber - rebuttal for the gov't
Ordered bailiff sworn - William DeVelle sworn as bailiff
Jury commenced deliberations at 4:00 p.m.
Jury returned verdict at 4:30 p.m.
VERDICT: GUILTY AS TO COUNTS 1,2 & 3
Jury polled; all jurors concur with the verdict as rendered by
their foreperson
Verdict form filed
Jury and Alternates excused

Ordered bail continued; sentencing scheduled for 7/31/18 at 9:30 a.m.
Jury trial concluded at 5:00 p.m.

                                      Gail A. Hansen
                                      Deputy Clerk

Time Commenced: 10:00 a.m.
Time Concluded: 5:00 p.m.
Total Time: 6 hours