UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>NIKOLAY KRECHET,<br><br>Defendant . | Cr. No. 17-221<br><br>VERDICT SHEET |

1. With respect to Count One, which charges the defendant with conspiracy to sell, receive, or possess stolen goods, we, the jury, find the defendant:

   NOT GUILTY \_\_\_\_\_       GUILTY ✓

2. With respect to Count Two, which charges the defendant with selling, receiving, or possessing stolen goods, we, the jury, find the defendant:

   NOT GUILTY \_\_\_\_\_       GUILTY ✓

3. With respect to Count Three, which charges the defendant with selling, receiving, or possessing stolen goods, we, the jury, find the defendant:

   NOT GUILTY \_\_\_\_\_       GUILTY ✓

DATE: 5/4/2018

1