DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Nikolay Krechet<br><br>Defendant(s). | Criminal No.  17-cr-221-1<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that, on this date, defendant Nikolay Krechet submitted sentencing materials to the Court in this case.

Date:  12/06/2018

By:  /s/Thomas Ambrosio

Thomas Ambrosio