PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Nikolay Krechet**                                       Docket No. **17-CR-0221**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW ELIZABETH AUSON PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Nikolay Krechet**, who was placed under pretrial release supervision by the Honorable James B. Clark, U.S. Magistrate Judge sitting in the Court at **50 Walnut Street**, Newark, New Jersey on **August 9, 2017** under the following conditions:

A $250,000 bond cosigned by Mr. Schmuel Yoffe.
1) Pretrial Services supervision.
2) Travel restricted to New Jersey and Connecticut.
3) Substance abuse testing and/or treatment as directed by Pretrial Services.
4) Mental health testing/treatment as directed by Pretrial Services.
5) Abstains from the use of alcohol
6) Maintain current residence or a residence approved by Pretrial Services
7) No contact with any witnesses or victims.
8) Home detention with location monitoring.
9) Employment must be stationary and verifiable.
10) Cosigner to execute bond by August 16, 2017.

On March 6, 2018, pursuant to the government's consent, the defendant was removed from location monitoring.

On May 4, 2018, the defendant was convicted by jury trial on Counts 1, 2 and 3. He is scheduled for sentencing before the Honorable William H. Walls, Senior U.S. District Judge on December 12, 2018 at 10:30 a.m.

Based on the defendant's residence in West Hartford, Connecticut, the defendant is supervised by the Hartford, Connecticut Probation Office.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER: The issuance of a warrant.

ORDER OF COURT

Considered and ordered this 12th day of December, 2018 and ordered filed and made a part of the records in the above case, nunc pro tunc

_____
Leda D. Wettre
United States Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 11, 2018

_____
ELIZABETH AUSON
United States Pretrial Services Officer