UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**MINUTES OF PROCEEDINGS**

**NEWARK**                                            **DATE: DECEMBER 12, 2018**

**JUDGE:** Hon. WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**DEPUTY COURT CLERK**:  Elisaveta Kalluci

**TITLE OF CASE**:

USA v. NIKOLAY KRECHET                     **CR.# 17-221-1 (WHW)**

**APPEARANCES:**

David W. Feder, AUSA
Joshua L. Haber, AUSA
Thomas Ambrosio, CJA
Albert Flores, US Probation

**NATURE OF PROCEEDINGS**:

Conference held on Defendant's failure to appear at scheduled sentencing hearing.

                                              Elisaveta Kalluci
                                              Courtroom Deputy Clerk

Time Commenced:   10:40 AM
Time Adjourned:   11:00 AM